**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 99-40584
Summary Calendar

HARVELLA JONES; KAREN JONES,

Plaintiffs-Appellants,

VERSUS

TEXAS ACADEMY OF MATHEMATICS AND SCIENCE,

Defendant-Appellee.

Appeal from the United States District Court
for the Eastern District of Texas
(4:98-CV-15)

December 6, 1999

Before DAVIS, EMILIO M. GARZA and DENNIS, Circuit Judges.

PER CURIAM:[*]

   The judgment of the district court is affirmed, essentially for the reasons assigned in its thorough February 24, 1999 memorandum opinion and order.

   AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.